Based on the foregoing, it is ordered that Reunion's motion for summary judgment on its FOIA claim is granted in part and denied in part, as set forth herein.

SO ORDERED this 3rd day of May, 2010.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

7